**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>
**BRUCE FLYNN,**

                    **Plaintiff,**                    **9:15-cv-1028**
                                                                  **(GLS/CFH)**

              **v.**

**JOE WARD, Acting Superintendent,**
**Mid-State Correctional Facility, et al.,**

                    **Defendants.**

**APPEARANCES:**                      **OF COUNSEL:**

**FOR PLAINTIFF:**

BRUCE FLYNN
Plaintiff, *Pro Se*
10-A-1588
Elmira Correctional Facility
P.O. Box 500
Elmira, New York 14902

HON. BARBARA UNDERWOOD    BRIAN W. MATULA
New York Attorney General           Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

      The above-captioned matter comes to this court following a Report-

Recommendation and Order by Magistrate Judge Christian F. Hummel,

duly filed on June 7, 2018.  (Dkt. No. 66.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report and Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 66) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 64) is **GRANTED IN PART** as follows: (1) Insofar as it seeks dismissal of Flynn's First Amendment access to the courts claims against Wellenstein and Ward; (2) Insofar as it seeks dismissal of Flynn's retaliation claims against Wellenstein and Ward related to misbehavior reports issued on August 1, 2015, August 17, 2015, August 24, 2015, November 12, 2015, November 18, 2015, and December 11, 2015; (3) Insofar as it seeks dismissal fo Flynn's First Amendment retaliation claims against Wellenstein and Ward for the April 30, 2015 assault; (4) Insofar as it seeks dismissal of Flynn's First Amendment retaliation claims against Wellenstein and Ward for threats; and it is further

**ORDERED** that defendant's motion for summary judgment (Dkt. No.

64) is **DENIED IN PART** as follows: (1) Insofar as it seeks dismissal of Flynn's First Amendment retaliation claims against Wellenstein and Ward based on access to courts and the misbehavior report issued on April 30, 2015; and (2) Insofar as it seeks dismissal of plaintiff's retaliation claims for access to the courts and the April 30, 2015 misbehavior report due to nonexhaustion; and it is further

   **ORDERED** that this case is deemed trial ready and a scheduling order will issue in due course; and it is further

   **ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

June 28, 2018
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge